IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LESLIE RENEE CHILDERS,               )
                                     )
            Plaintiff,               )
                                     )
    v.                               )        CASE NO. 2:15-CV-9-WKW
                                     )                [WO]
SIBLEY G. REYNOLDS,                  )
                                     )
            Defendant.               )

## ORDER

On January 13, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 8.)  Since the filing of the Recommendation, Plaintiff has filed a motion for discovery and for inspection of evidence (Doc. # 9), but the motion cannot be construed as containing a cogent legal objection to the Magistrate Judge's legal reasoning.

Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED, that the motion for discovery and for inspection of evidence is DENIED, and that this action is DISMISSED with prejudice.

An appropriate final judgment will be entered separately.

DONE this 6th day of February, 2015.

                              /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE